**EXHIBIT C**

<mark>
<mark/>

MARK M. JONES, ESQ.
Nevada Bar No. 267
m.jones@kempjones.com
DENISE S. BALBONI, ESQ.
Nevada Bar No. 10507
d.balboni@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000
Attorneys for *Defendant First American Title Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREAS K. GIANNOPOULOS,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, BANK OF AMERICA AS ASIGNEE COUNTRYWIDE HOME LOANS, INC., THE COOPER CASTLE LAW FIRM, LLP, FIRST AMERICAN TITLE OF NEVADA, MERS, ASSIGNEES AND OR/SUCCESSORS, AND DOES 1-10<br><br>Defendants. | Case No.: 2:10-CV-00141-PMP-PAL<br><br>**ORDER ALLOWING FIRST AMERICAN TITLE INSURANCE COMPANY AND ITS COUNSEL TO WITHDRAW FROM CASE** |

///
///
///
///
///
///
///
///
///

1  The Court, having considered Defendant FIRST AMERICAN TITLE INSURANCE
2  COMPANY's Motion for an Order Allowing First American Title Insurance Company and its
3  Counsel to Withdraw from Case, and good cause appearing therefor,

4  **IT IS ORDERED THAT:**

5  1. The Motion is GRANTED;

6  2. First American Title Insurance Company and its counsel, Kemp Jones &
7  Coulthard, LLP, are removed from this case and will no longer continue to receive
8  documents via the Court's CM/ECF system for this particular case.

IT IS SO ORDERED:

*/s/ Philip M. Pro*

UNITED STATES DISTRICT JUDGE

DATED: __ June 21, 2010