J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

Attorneys for Defendants Mortgage Electronic
Registration Systems, Inc. and Bank of America, N.A.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREAS K. GIANNOPOULOS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; BANK OF AMERICA AS ASSIGNEE COUNTRYWIDE HOME LOANS, INC.; THE COOPER CASTLE LAW FIRM, LLP; MERS; ASSIGNEES AND/OR SUCCESSORS; et al.,<br><br>　　　　　　　Defendants. | Case: 2:10-cv-00141-PMP-PAL<br><br>ORDER |

On June 21, 2010 a hearing was conducted before this Court on Defendants Ocwen Loan Servicing, LLC's and the Cooper Castle Law Firm, LLP's Countermotion to Dismiss, or in the alternative, Motion for Summary Judgment [#10] and Defendants Bank of America, N.A.'s and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss [#16]; following a review of the pleadings and after consideration of the arguments of the parties;

IT IS HEREBY ORDERED that Defendants Ocwen Loan Servicing, LLC's and the Cooper Castle Law Firm, LLP's Countermotion to Dismiss, or in the alternative, Motion for Summary Judgment [#10] and Defendants Bank of America, N.A.'s and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss [#16] are granted.

_____
U.S. DISTRICT COURT JUDGE
DATED: July 9, 2010

Respectfully submitted by:

LEWIS AND ROCA LLP

By _____
J. CHRISTOPHER JORGENSEN, ESQ.
Attorneys for Defendants Bank of America, N.A. and
Mortgage Electronic Registration Systems, Inc.