1  J. CHRISTOPHER JORGENSEN, ESQ.
   STATE BAR NO. 5382
2  LEWIS AND ROCA LLP
   3993 Howard Hughes Pkwy., Ste. 600
3  Las Vegas, NV  89169
   (702) 949-8200
4  (702) 949-8398/fax

5  *Attorneys for Defendants Mortgage Electronic*
   *Registration Systems, Inc. and Bank of America, N.A.*
6

7                 **UNITED STATES DISTRICT COURT**

8                **FOR THE DISTRICT OF NEVADA**

9  ANDREAS K. GIANNOPOULOS,              Case:  2:10-cv-00141-PMP-PAL

10                      Plaintiff,

11       vs.

12  OCWEN LOAN SERVICING, LLC; BANK
    OF AMERICA AS ASSIGNEE
13  COUNTRYWIDE HOME LOANS, INC.; THE     **ORDER CANCELING LIS PENDENS**
    COOPER CASTLE LAW FIRM, LLP; MERS;
14  ASSIGNEES AND/OR SUCCESSORS; et al.,

15                      Defendants.

16       This Court granted Defendants Bank of America, N.A.'s and Mortgage Electronic

17  Registration Systems, Inc.'s Motion to Dismiss on July 9, 2010, [DE 41].

18       Defendants further request that the lis pendens currently recorded against the subject

19  property by Plaintiff Andreas K/ Giannopoulos ("Plaintiff") be canceled.

20       The Court finds that Plaintiff recorded a Notice of Pendency of Action ("Lis Pendens") on

21  or about February 1, 2010, in Book No. 20100201 as Instrument No. 0002661 in the real property

22  records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached hereto as

23  Exhibit "A."

24       UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good

25  cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as

26  follows:

27       1.       IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby

28  cancelled, released, and expunged.

2.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.   IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

_____
U.S. DISTRICT COURT JUDGE
DATED: — July 14, 2010                -

Respectfully submitted by:

LEWIS AND ROCA LLP

By _____
J. CHRISTOPHER JORGENSEN, ESQ.
Attorneys for Defendants Bank of America, N.A. and
Mortgage Electronic Registration Systems, Inc.

EXHIBIT "A"

# EXHIBIT "A"

APN: 124-27-712-012

ANDREAS K. GIANNOPOULOS
NORTH LAS VEGAS, NEVADA 89031
*In Common Law-Pro Per*

✓.FILED ...RECEIVED
— ENTERED...SERVED ON
COUNTY/...   'S OF RECORD

2010 FEB -1  P 1: 10

.. .. THE US .... .. .. COURT
... ... RICT OF NEVADA

BY............. ............DEPUTY

## DISTRICT COURT OF UNITED STATES
## DISTRICT OF LAS VEGAS NEVADA
## ARTICLE III

ANDREAS K. GIANNOPOULOS

|  |  |  |
|---|---|---|
| Plaintiff, | ) | 2:10-cv-00141-PMP-PAL |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| BANK OF AMERICA AS ASSIGNEE | ) | NOTICE OF LIS PENDENS |
| COUNTRYWIDE KB HOME LOANS | ) | |
| LLC, THE COOPER CASTLE LAW | ) | |
| FIRM, LLP, FIRST AMERICAN | ) | |
| TITLE OF NEVADA, MERS, | ) | |
| ASSIGNEES AND/OR SUCCESSORS, | ) | |
| AND DOES 1 – 10 | ) | |
| | ) | |
| Defendants, | ) | |

Notice is given that the above-entitled action was filed in the above entitled court on February 01, 2010 by Andreas K. Giannopoulos, Plaintiff against the above named Defendants. The action affects title to the specific real property in the complaint in the action.

The Real Property affected by the action is located in Clark County, Nevada and is described as follows:

**32 Focal Point Avenue, North Las Vegas, Nevada  89031**

February 01, 2010

*Andreas K. Giannopoulos*

ANDREAS K. GIANNOPOULOS